IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF WYOMING

In re: )
    DENNIS MEYER DANZIK, )
    )   Case No.  19-20116
    )
    )   Chapter 7
                      Debtor.  )

**STATEMENT UNDER PENALTY OF PERJURY CONCERNING PAYMENT ADVICES DUE PURSUANT TO 11 U.S.C. §521(A)(1)(B)(IV)**

I, DENNIS MEYER DANZIK, state as follows:

I did not file with the Court copies of all payment advices or other evidence of payment received within 60 days before the date of the filing of the petition from any employer because:

_____  a) I was not employed during the period immediately preceding the filing of the above-referenced case

XXXXXXX  b) I was employed during the period immediately preceding the filing of the above-referenced case but did not receive any payment advices or other evidence of payment from my employer within 60 days before the date of the filing of the petition with the exception of the pay advices dated 1/15/2019.

_____  c) I am self-employed and do not receive any evidence of payment;

_____  d) Other (Please Explain)

I declare under penalty of perjury that the foregoing statement is true and correct.

Dated this 12th day of March, 2019.

                          Debtor-DENNIS MEYER DANZIK

                          /s/ DENNIS MEYER DANZIK

00049
Company Code  Loc/Dept  Number  Page
KA / AB724303727  01/  50025  1 of 1
Sulfur Creek Holdings LLC
14747 N Northsight Blvd
Ste 111
Scottsdale, AZ 85260-2633

**Earnings Statement**  ADP

Period Starting:  01/01/2019
Period Ending:   01/15/2019
Pay Date:        01/15/2019

Taxable Marital Status:  Married
Exemptions/Allowances:       Tax Override:
 Federal:  5                  Federal:
 State:    0                  State:
 Local:    0                  Local:
Social Security Number:  XXX-XX-XXXX

Dennis M Danzik
7900 E Princess Drive
#1158
Scottsdale, AZ 85255

| Earnings | rate | hours/units | this period | year to date |
|---|---|---|---|---|
| Regular | 0.00 | | 25000.00 | 25000.00 |
| **Gross Pay** | | | **$25,000.00** | $25,000.00 |

| Statutory Deductions | this period | year to date |
|---|---|---|
| Federal Income | -6204.46 | 6204.46 |
| Social Security | -1550.00 | 1550.00 |
| Medicare | -362.50 | 362.50 |
| Arizona State Income | -675.00 | 675.00 |
| **Net Pay** | **$16,208.04** | |

Your federal taxable wages this period are  $25,000.00