Bradley T. Hunsicker (Wyo. Bar 7-4579)
**MARKUS WILLIAMS YOUNG & HUNSICKER, LLC**
106 East Lincolnway, Suite 300
Cheyenne, WY 82001
Telephone: 307-778-8178
bhunsicker@markuswilliams.com

Jeffrey M. Eilender (*pro hac vice*)
Bradley J. Nash (*pro hac vice*)
Joshua D. Wurtzel (*pro hac vice*)
**SCHLAM STONE & DOLAN LLP**
26 Broadway
New York, NY 10004
Telephone: (212) 344-5400
Facsimile: (212) 344-7677
jeilender@schlamstone.com
bnash@schlamstone.com
jwurtzel@schlamstone.com

Attorneys for Creditors CWT Canada II Limited Partnership
and Resource Recovery Corporation

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| In Re:<br><br>DENNIS MEYER DANZIK,<br>xxx-xx-1786<br><br>Debtor. | Case No. 19-20116<br>Chapter 7 |

## CWT PARTIES' WITNESS AND EXHIBIT LIST

Creditors CWT Canada II Limited Partnership ("CWT Canada") and Resource Recovery Corporation ("RRC") (the "CWT Parties"), by and through their counsel, hereby designate the following exhibits and witnesses who may testify at the April 11, 2019 hearing on the Debtor's Request to Continue the Automatic Stay [Doc. 11] and the CWT Parties' objection thereto.

**WITNESSES**

1. Dennis Danzik

2. Any other witness designated by the debtor or another party.

3. Any other witness required for rebuttal and/or impeachment.

**EXHIBITS**

1. Any other exhibit designated by the debtor or another party.

2. Any other exhibit necessary for rebuttal and/or impeachment.

Dated: Cheyenne, Wyoming
April 4, 2019

> Respectively submitted,
> **CWT Canada II Limited Partnership and Resource Recovery Corporation,** *Creditors and Movants*
>
> *By: /s/ Bradley T. Hunsicker*
> Bradley T. Hunsicker, #7-4579
> **MARKUS WILLIAMS YOUNG & HUNSICKER LLC**
> 106 East Lincolnway, Suite 300
> Cheyenne, WY 82001
> Telephone: (307) 778-8178
> Facsimile: (307) 638-1975
> E-Mail: bhunsicker@markuswilliams.com
>
> *Attorneys for Creditors CWT Canada II Limited Partnership and Resource Recovery Corporation*

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served on April 4, 2019, *electronically,* via the Court's CM/ECF system upon the following parties who have entered their appearance in the above-captioned matter.

**Ken McCartney**
The Law Offices of Ken McCartney, P.C.
P.O. Box 1364
Cheyenne, WY 82003
bnkrpcyrep@aol.com
*Attorney for Debtor*

　　　　　　　　　　　　　　　　　　*/s/ Bradley T. Hunsicker*
　　　　　　　　　　　　　　　　　　Bradley T. Hunsicker