KEN McCARTNEY, Bar No. 5-1335
The Law Offices of Ken McCartney, P.C.
Post Office Box 1364
Cheyenne, WY 82003
Tel (307) 635-0555
Email: bnkrpcyrep@aol.com

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF WYOMING

In re:                                    )
      DENNIS MEYER DANZIK,        )
                            )        Case No.   19-20116
                            )         CHAPTER 7
                  Debtor.    )

---

### DEBTOR'S MOTION TO APPEAR BY VIDEO CONFERENCE

COMES NOW the Debtor above named by counsel, Ken McCartney of The Law

Offices of Ken McCartney, P.C., and does hereby request pursuant to local Rule 9074-2,

an order allowing a video conference appearance by Dennis Danzik at the evidentiary

hearing on the Debtor's Request to Continue the Automatic Stay scheduled for April 11,

2019 at 9:00 a.m. Be advised that the usable video conference telephone number is (307)

250-5417 and the contact person at that number is the Debtor, Dennis Danzik.

Done this 8th day of April, 2019.

Dennis M. Danzik
Represented by:

/s/ Ken McCartney
KEN McCARTNEY, Bar No. 5-1335
The Law Offices of Ken McCartney, P.C.
Post Office Box 1364
Cheyenne, WY 82003
Tel (307) 635-0555
Email: bnkrpcyrep@aol.com

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that on this 8th day of April, 2019, he caused a true and correct copy of the foregoing **Request to Appear by Video and Proposed Order** to be served electronically on the following:

Dan Morse
Assistant US Trustee

Bradley T. Hunsicker
MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC, Esq.

<u>/s/Ken McCartney</u>