KEN McCARTNEY, Bar No. 5-1335
The Law Offices of Ken McCartney, P.C.
Post Office Box 1364
Cheyenne, WY 82003
Tel (307) 635-0555
Email: bnkrpcyrep@aol.com

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF WYOMING

In re:                                    )
      DENNIS MEYER DANZIK,        )
                               )      Case No.   19-20116
                               )       CHAPTER 7
                Debtor.        )

## DEBTOR'S MOTION TO CONTINUE THE HEARING ON STAY EXTENSION

COMES NOW the Debtor above named by counsel, Ken McCartney of The Law Offices of Ken McCartney, P.C., and does hereby request that the hearing scheduled for April 11th, 2019, on the Continuation of the Automatic Stay be continued on and for the grounds and reasons that the weather conditions appear to be such that the undersigned will be unable to attend. This is an unopposed motion as movants' councel has to contend with the same weather conditions.

Done this 10th day of April, 2019.

                                         Dennis M. Danzik
                                         Represented by:

                                         /s/ Ken McCartney
                                         KEN McCARTNEY, Bar No. 5-1335
                                       The Law Offices of Ken McCartney, P.C.
                                       Post Office Box 1364
                                       Cheyenne, WY 82003
                                       Tel (307) 635-0555
                                       Email: bnkrpcyrep@aol.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 10th day of April, 2019, he caused a true and correct copy of the foregoing **Request For a Continuance and Proposed Order** to be served electronically on the following:

Dan Morse
Assistant US Trustee

Bradley T. Hunsicker
MARKUS WILLIAMS YOUNG & ZIMMERMANN LLC, Esq.


/s/Ken McCartney