**bankruptcyrep@hotmail.com**

| | |
|---|---|
| **From:** | Dennis M Danzik <dmdanzik@gmail.com> |
| **Sent:** | Wednesday, April 10, 2019 9:45 AM |
| **To:** | Ken McCartney |
| **Subject:** | Re: hearting tomorrow |

Ken:

Please keep in mind, I am on road assignments from Monday the 15th, (16th in Greybull), then 17th Evanston, 18th Midway UT, then onto Farmington NM, return AZ on 23rd.

On Wed, Apr 10, 2019 at 8:43 AM Dennis M Danzik <dmdanzik@gmail.com> wrote:
Wow! I just saw the weather. Blizzard?

On Wed, Apr 10, 2019 at 8:33 AM Dennis M Danzik <dmdanzik@gmail.com> wrote:
YES! Lets continue. That would be great. Any delay at this point is wonderful.

On Wed, Apr 10, 2019 at 8:29 AM Ken McCartney <bankruptcyrep@hotmail.com> wrote:

It appears I will not be able to get to Cheyenne tomorrow. I mentioned it speaking to Patty and she ask me to see if a continuance makes sense. Your thoughts?

Ken McCartney
The Law Offices of Ken McCartney P.C.
1401 Airport Parkway Ste. 200
PO Box 1364
Cheyenne, WY 82003
phn 307 635-0555
fax 307-635-0585
bnkrpcyrep@aol.com

CONFIDENTIALITY NOTICE

1

*Exhibit A*

KEN McCARTNEY, Bar No. 5-1335
The Law Offices of Ken McCartney, P.C.
Post Office Box 1364
Cheyenne, WY 82003
Tel (307) 635-0555
Email: bnkrpcyrep@aol.com

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| In re:<br>    DENNIS MEYER DANZIK,<br><br>                      Debtor. | Case No. 17-20934<br>CHAPTER 11 |
| Dennis Meyer Danzik,<br><br>        Appellant,<br><br>v.<br><br>CWT Canada II Limited Partnership and Resource Corporation,<br><br>        Appellees. | Adversary No. 18-02007 |

## APPELLANTS DESIGNATION OF THE RECORD ON APPEAL

COMES NOW the Appellant, Dennis M. Danzik, by counsel, Ken McCartney of The Law Offices of Ken McCartney, P.C. and designates the following as record on appeal:

1. The docket entries kept by the bankruptcy clerk at docket 17-20934 and 18-02007;

2. Those Docket no.'s marked with an " X " on the attached adversary Proceeding #18-02007 docket summary.

3. The transcript of the August 15TH, 2018, hearing on summary judgment (downloaded and contracted)

4. Docket no. 97 in the base case, Debtor's objection to the proof of claims filed by the appellee in this case.

1

5. Adversary Docket no. 38 MEMORANDUM DECISION AND ORDER GRANTING IN PART AND DENYING IN PART CWT PARTIES' MOTION FOR PARTIAL SUMMARY JUDGMENT.

Done this 10th day of April, 2019.

                                      Respectfully submitted
                                      For the Appellant

                                      /s/ Ken McCartney
                                      KEN McCARTNEY, Bar No. 5-1335
                                      The Law Offices of Ken McCartney, P.C.
                                      Post Office Box 1364
                                      Cheyenne, WY 82003
                                      Tel (307) 635-0555
                                      Fax; (307) 635-0585
                                      Email: bnkrpcyrep@aol.com

### Certificate of Service

The forgoing was electronically served this 10th day of April, 2019, to all those who have appeared in the case with electronic noticing which includes multiple counselors for the Appellee.

                                      /s/ Ken McCartney

2

## U.S. Bankruptcy Court
### District of Wyoming (Cheyenne)
### Adversary Proceeding #: 18-02007

*Assigned to:* Cathleen D. Parker  
*Lead BK Case:* 17-20934  
*Lead BK Title:* Dennis Meyer Danzik  
*Lead BK Chapter:* 11  
*Demand:* $7033000

*Date Filed:* 03/05/18

*Nature[s] of Suit:*  68 Dischargeability - 523(a)(6), willful and malicious injury  
67 Dischargeability - 523(a)(4), fraud as fiduciary, embezzlement, larceny  
62 Dischargeability - 523(a)(2), false pretenses, false representation, actual fraud  
65 Dischargeability - other

*Plaintiff*
-----------------------

**CWT Canada II Limited Partnership**  
c/o Markus Williams Young Zimmermann  
106 East Lincolnway, Suite 300  
Cheyenne, WY 82001

represented by **Bradley T Hunsicker**  
Markus Williams Young & Zimmermann LLC  
106 East Lincolnway, Suite 300  
Cheyenne, WY 82001  
307-778-8178  
Fax : 307-778-8953  
Email: bhunsicker@markuswilliams.com

**Joshua D. Wurtzel**  
SCHLAM STONE & DOLAN LLP  
26 Broadway  
New York, NY 10004  
212-344-5400  
Fax : 212-344-7677

*Plaintiff*
-----------------------

**Resource Recovery Corporation**  
c/o Markus Williams Young Zimmermann  
106 East Lincolnway, Suite 300  
Cheyenne, WY 82001

represented by **Bradley T Hunsicker**  
(See above for address)

**Joshua D. Wurtzel**  
(See above for address)

V.

*Defendant*
-----------------------

**Dennis Meyer Danzik**  
1108 14th Street  
Cody, WY 82414

represented by **Ken McCartney**  
The Law Offices of Ken McCartney, P.C.  
P.O. Box 1364

SSN / ITIN: xxx-xx-1786

Cheyenne, WY 82003
307-635-0555
Fax : 307-635-0585
Email: bnkrpcyrep@aol.com

*Counter-Defendant*
-----------------------

**CWT Canada II Limited Partnership**
c/o Markus Williams Young Zimmermann
106 East Lincolnway, Suite 300
Cheyenne, WY 82001
*TERMINATED: 03/07/2019*


*Counter-Defendant*
-----------------------

**Resource Recovery Corporation**
c/o Markus Williams Young Zimmermann
106 East Lincolnway, Suite 300
Cheyenne, WY 82001
*TERMINATED: 03/07/2019*


*Counter-Claimant*
-----------------------

**Dennis Meyer Danzik**               represented by **Ken McCartney**
1108 14th Street                                     (See above for address)
Cody, WY 82414                                       *TERMINATED: 03/07/2019*
*TERMINATED: 03/07/2019*


| Filing Date | # | Docket Text |
|---|---|---|
| 03/28/2019 | 42 | Notice from District Court. Case Number 2:19-cv-00066-NDF.(related document(s):40 Notice of Appeal and Statement of Election). (scs) |
| 03/27/2019 | 41 | Receipt of Notice of Appeal and Statement of Election(18-02007) [appeal,ntcaplel] ( 298.00) Filing Fee. Receipt number 2111010. Fee amount 298.00. (re: Doc# 40) (U.S. Treasury) |
| 03/27/2019 | 40 (3 pgs) | Notice of Appeal and Statement of Election to District Court. Fee Amount $298 (related document(s):38 Order on Motion For Summary Judgment). Filed by Dennis Meyer Danzik (McCartney, Ken) |
| 03/20/2019 | 39 (11 pgs) | BNC Certificate of Mailing - PDF Document. (related document(s):38 Order on Motion For Summary Judgment). No. of Notices: 4. Notice Date 03/20/2019. (Admin.) |
| 03/18/2019 | 38 (10 pgs) | Memorandum Decision and Order Granting in Part and Denying in Part, CWT Parties' Motion for Partial Summary |

| | | |
|---|---|---|
| 03/09/2019 | 37<br>(3 pgs) | BNC Certificate of Mailing - PDF Document. (related document(s):36 Order on Application to Dismiss/Withdraw Document). No. of Notices: 2. Notice Date 03/09/2019. (Admin.) |
| 03/07/2019 | 36<br>(2 pgs) | Order Dismissing Debtor Dennis Meyer Danzik's Counterclaim and Order Denying Motion for Sanctions (Related Doc # 7), Denying Motion For Sanctions (Related Doc # 8) (cjd) |
| 02/05/2019 | 35<br>(18 pgs; 2 docs) | Notice re:*DETERMINATION BY NEW YORK COURT* (related document(s):28 Order Vacating Order, 29 Order Vacating Order, 30 Order Vacating Order). Filed by CWT Canada II Limited Partnership, Resource Recovery Corporation (Attachments: # 1 Exhibit NY Court Decision and Order) (Hunsicker, Bradley) |
| 09/20/2018 | 34<br>(1 pg) | Order Granting Motion for Admission of Joshua D. Wurtzel to Practice, Pro Hac Vice. $100 Filing fee is to be forwarded to CLERK US DISTRICT COURT (Related Doc # 27) (cjd) |
| 09/13/2018 | 33<br>(2 pgs) | BNC Certificate of Mailing - PDF Document. (related document(s):30 Order Vacating Order). No. of Notices: 3. Notice Date 09/13/2018. (Admin.) |
| 09/13/2018 | 32<br>(2 pgs) | BNC Certificate of Mailing - PDF Document. (related document(s):29 Order Vacating Order). No. of Notices: 3. Notice Date 09/13/2018. (Admin.) |
| 09/13/2018 | 31<br>(2 pgs) | BNC Certificate of Mailing - PDF Document. (related document(s):28 Order Vacating Order). No. of Notices: 3. Notice Date 09/13/2018. (Admin.) |
| 09/11/2018 | 30<br>(1 pg) | Order Abating Motion for Sanction Against Danzik's Counsel, Ken McCartney and Order Vacating Hearing (related document(s):8 Motion for Sanctions). (dxf) |
| 09/11/2018 | 29<br>(1 pg) | Order Abating Motion to Dismiss Danzik's Counterclaim and Order Vacating Hearing (related document(s):7 Motion to Dismiss/Withdraw Document). (dxf) |
| 09/11/2018 | 28<br>(1 pg) | Order Abating Adversary Proceeding and Order Vacating Hearing (related document(s):11 Motion for Summary Judgment, 22 Minutes of Adversary Proceedings). (dxf) |
| 09/11/2018 | 27<br>(8 pgs; 3 docs) | Motion to Appear pro hac vice for Joshua D. Wurtzel. . Filed by CWT Canada II Limited Partnership, Resource Recovery Corporation (Attachments: # 1 Exhibit Affidavit # 2 Proposed/Unsigned Order) (Hunsicker, Bradley) |

| Date | Doc # | Description |
|---|---|---|
| 09/10/2018 | 26 (5 pgs) | Reply to (related document(s): 7 Motion to Dismiss/Withdraw Document, 8 Motion For Sanctions, 25 Response filed by Counter-Claimant Dennis Meyer Danzik, Defendant Dennis Meyer Danzik) Filed by CWT Canada II Limited Partnership, Resource Recovery Corporation (Hunsicker, Bradley). Modified on 9/10/2018 to add relationship (dccy). |
| 09/04/2018 | 25 (4 pgs) | Response to (related document(s): 7 Motion to Dismiss/Withdraw Document *CWT Parties' Motion to Dismiss Danzik's Counterclaim* filed by Plaintiff CWT Canada II Limited Partnership, Counter-Defendant Resource Recovery Corporation, Plaintiff Resource Recovery Corporation, 8 Motion For Sanctions *Against Danzik's Counsel, Ken McCartney, for Filing the Counterclaim* filed by Plaintiff CWT Canada II Limited Partnership, Counter-Defendant Resource Recovery Corporation, Plaintiff Resource Recovery Corporation) Filed by Dennis Meyer Danzik (McCartney, Ken) |
| 08/26/2018 | 24 (2 pgs) | BNC Certificate of Mailing - PDF Document. (related document(s):23 Order Scheduling Hearing). No. of Notices: 3. Notice Date 08/26/2018. (Admin.) |
| 08/24/2018 | 23 (1 pg) | Order Setting Status Conference. (related document(s):11 Motion for Summary Judgment, 22 Minutes of Adversary Proceedings). Hearing scheduled for 9/12/2018 at 09:30 AM at Telephone Conference. (scs) |
| 08/16/2018 | 22 (1 pg) | Minutes of Proceeding (related document(s):11 Motion for Summary Judgment). (dxf) |
| 08/15/2018 | 21 (1 pg) TRANSCRIPT | PDF with attached Audio File. Court Date & Time [ 8/15/2018 9:29:38 AM ]. File Size [ 2508 KB ]. Run Time [ 00:10:27 ]. (admin). |
| 08/02/2018 | 20 (9 pgs) X | Reply to (related document(s): 19 Response filed by Counter-Claimant Dennis Meyer Danzik, Defendant Dennis Meyer Danzik) Filed by CWT Canada II Limited Partnership, Resource Recovery Corporation (Hunsicker, Bradley) |
| 07/26/2018 | 19 (4 pgs) X | Response to (related document(s): 11 Motion For Summary Judgment filed by Plaintiff CWT Canada II Limited Partnership, Counter-Defendant Resource Recovery Corporation, Plaintiff Resource Recovery Corporation) Filed by Dennis Meyer Danzik (McCartney, Ken) |
| 07/08/2018 | 18 (3 pgs) | BNC Certificate of Mailing - PDF Document. (related document(s):15 Order Scheduling Hearing). No. of Notices: 3. Notice Date 07/08/2018. (Admin.) |
| 07/08/2018 | 17 | BNC Certificate of Mailing - PDF Document. (related |

| | | |
|---|---|---|
| | (3 pgs) | document(s):14 Order Scheduling Hearing). No. of Notices: 3. Notice Date 07/08/2018. (Admin.) |
| 07/08/2018 | 16 (3 pgs) | BNC Certificate of Mailing - PDF Document. (related document(s):13 Order Scheduling Hearing). No. of Notices: 3. Notice Date 07/08/2018. (Admin.) |
| 07/06/2018 | 15 (2 pgs) X | Order Scheduling Hearing on Motion for Partial Summary Judgment (related document(s):11 Motion for Summary Judgment). Hearing scheduled for 8/15/2018 at 09:30 AM at Telephone Conference. (cxy) |
| 07/06/2018 | 14 (2 pgs) | Order Scheduling Hearing on Motion for Sanctions (related document(s):8 Motion for Sanctions). Hearing scheduled for 9/12/2018 at 09:30 AM at Telephone Conference. (cxy) |
| 07/06/2018 | 13 (2 pgs) | Order Scheduling Hearing on Motion to Dismiss Danzik's Counterclaim (related document(s):7 Motion to Dismiss/Withdraw Document). Hearing scheduled for 9/12/2018 at 09:30 AM at Telephone Conference. (cxy) |
| 05/24/2018 | 12 (121 pgs; 3 docs) X | Brief *in Support of Motion for Partial Summary Judgment* (related document(s):11 Motion for Summary Judgment). Filed by CWT Canada II Limited Partnership, Resource Recovery Corporation (Attachments: # 1 Exhibit Declaration # 2 Exhibit Exhibits to Declaration) (Hunsicker, Bradley) |
| 05/24/2018 | 11 (3 pgs) X | Motion For Summary Judgment . Filed by CWT Canada II Limited Partnership, Resource Recovery Corporation (Hunsicker, Bradley) |
| 05/24/2018 | 10 (3 pgs) | Motion to Set Hearing (related document(s):7 Motion to Dismiss/Withdraw Document, 8 Motion for Sanctions). Filed by CWT Canada II Limited Partnership, Resource Recovery Corporation (Hunsicker, Bradley) |
| 04/26/2018 | 9 (37 pgs; 5 docs) | Brief *of Law in Support of the CWT Parties' Motion to Dismiss Danzik's Counterclaim and CWT Parties' Motion for Sanctions Against Danzik's Counsel, Ken McCartney, for Filing the Counterclaim* (related document(s):7 Motion to Dismiss/Withdraw Document, 8 Motion for Sanctions). Filed by CWT Canada II Limited Partnership, Resource Recovery Corporation (Attachments: # 1 Exhibit Exhibit A # 2 Exhibit Exhibit B # 3 Exhibit Exhibit C # 4 Exhibit Exhibit D) (Hunsicker, Bradley) |
| 04/26/2018 | 8 (3 pgs) | Motion For Sanctions *Against Danzik's Counsel, Ken McCartney, for Filing the Counterclaim*. Filed by CWT Canada II Limited Partnership, Resource Recovery Corporation (Hunsicker, Bradley) |
| 04/26/2018 | 7 | Motion to Dismiss/Withdraw Document *CWT Parties' Motion* |

| | | | |
|---|---|---|---|
| | (3 pgs) | | *Dismiss Danzik's Counterclaim* (related document(s):6 Answer to Complaint, Counterclaim). Filed by CWT Canada II Limited Partnership, Resource Recovery Corporation (Hunsicker, Bradley) |
| 04/05/2018 | 6 (8 pgs) X | | Answer to Complaint *and counterclaim*, Counterclaim by Dennis Meyer Danzik against CWT Canada II Limited Partnership and Resource Recovery Corporation Filed by Dennis Meyer Danzik (McCartney, Ken) Modified on 4/5/2018 to edit counter defendant (dccd). |
| 03/07/2018 | 5 (2 pgs) | | Summons Service Executed on Dennis Meyer Danzik 3/7/2018. (Hunsicker, Bradley) |
| 03/05/2018 | 4 (3 pgs) | | Statement of Corporate Ownership filed. Corporate Affiliates is Changing World Technologies, Inc. Filed by CWT Canada II Limited Partnership, Resource Recovery Corporation (Hunsicker, Bradley) Modified on 3/6/2018 to edit docket text(dccd). |
| 03/05/2018 | 3 (2 pgs) | | Summons Issued on Dennis Meyer Danzik. Date Issued 3/5/2018, Answer Due 4/4/2018. (srs) |
| 03/05/2018 | 2 | | Receipt of Complaint(18-02007) [cmp,cmp] ( 350.00) Filing Fee. Receipt number 1976017. Fee amount 350.00. (re: Doc# 1) (U.S. Treasury) |
| 03/05/2018 | 1 (26 pgs) X | | Adversary case 18-02007. ADVERSARY COMPLAINT - Nature of Suit (68 (Dischargeability - 523(a)(6), willful and malicious injury)), (67 (Dischargeability - 523(a)(4), fraud as fiduciary, embezzlement, larceny)), (62 (Dischargeability - 523(a)(2), false pretenses, false representation, actual fraud), (424 (Obj/Revocation Discharge 727)) - by Plaintiff(s) CWT Canada II Limited Partnership, Resource Recovery Corporation against Defendant(s) Dennis Meyer Danzik. Fee Amount $350. (Hunsicker, Bradley) Modified on 3/5/2018 to add Nature of Suit (dccy). |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 04/09/2019 15:19:46 | | | |
| PACER Login: | km011110:2581823:0 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 18-02007 Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included |

| | | Format html Page counts for documents: included |
|---|---|---|
| Billable Pages: | 4 | Cost: | 0.40 |