FILED

2:52 pm, 4/24/19

Tim J. Ellis
Clerk of Court

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF WYOMING**

| | |
|---|---|
| In re: | ) |
| | ) Case No. 19-20116 |
| **DENNIS MEYER DANZIK** | ) |
| | ) |
| | ) |
| | ) |
| | ) **Chapter 7 Bankruptcy** |
| Debtor. | ) |
| | ) |
| **TD AUTO FINANCE, LLC** | ) |
| | ) |
| | ) |
| | ) |
| | ) |
| Movant, | ) |
| vs. | ) |
| | ) |
| **Dennis Meyer Danzik and Randy L.** | ) |
| **Royal as the Chapter 7 Trustee,** | ) |
| | ) |
| Respondents. | ) |

**ORDER GRANTING MOTION FOR RELIEF FROM STAY PURSUANT TO 11 U.S.C. § 362(d)**

THIS MATTER comes before the Court upon the Motion for relief from stay pursuant to 11 U.S.C. § 362(d) filed by TD Auto Finance LLC ("TDAF"). The Court, having reviewed the Statement of Intention, the case file, and otherwise being advised in the premises, finds that good cause exists to grant the requested relief.

IT IS ORDERED that the stay provisions imposed by 11 U.S.C. § 362 and Fed. R. Bank. P. 4001 (a)(3) are terminated as to the following personal property:

- **2006 Bentley Arnage, VIN #SCBLF34F66CX11286 ("Collateral").**

IT IS FURTHER ORDERED that TDAF may proceed with all collection remedies available to it under state law, including but not limited to, repossession and sale of the Collateral and will account to the Trustee for any net surplus resulting from a sale of the Collateral.

BY THE COURT

*Cathleen D. Parker*            4/24/2019

Honorable Cathleen D. Parker
United States Bankruptcy Court
District of Wyoming