# DECLARATION OF RICHARD S. ROFÈ

STATE OF NEW YORK    )
                     :SS
COUNTY OF NASSAU     )

I, Richard S. Rofé, being first duly sworn, state as follows:

1.  I am an individual resident of the State of New York. This Affidavit is made based on my personal knowledge.

2.  On February 26, 2015, I loaned Debtor Dennis Meyer Danzik ("Debtor") and his wife, Elizabeth Jo Danzik ("Mrs. Danzik") (with Debtor and Mrs. Danzik collectively referred to as the "Danziks") the principal amount of $750,000.00, as evidenced by the Promissory Note executed by the Danziks in my favor on the same date (the "Note").

3.  On February 26, 2015, to secure their obligations under the Note, the Danziks further executed a Mortgage in my favor (the "Mortgage") (with the Note and Mortgage collectively referred to as the "Loan Documents") which granted me a first priority security interest in real property owned by the Danziks commonly referred to as 1334 Sunset Blvd. South, Cody, Wyoming 82414 (the "Cody Home").

4.  The Danziks failed to timely pay me the full amount due to me under the Note.



5. As of March 12, 2019, the date Debtor filed his third bankruptcy petition with the United States Bankruptcy Court for the District of Wyoming as Case No. 19-20116, the Danziks owed me the entire unpaid principal balance of $750,000.00, plus accrued but unpaid interest at the rate of 15% per annum between February 27, 2016 and March 31, 2017 in the amount of $122,979.53, plus accrued but unpaid interest at the rate of 20% per annum between April 1, 2017 and March 11, 2019 in the amount of $292,192.56, plus my reasonable pre-petition attorney's fees and costs (the precise amount of which is yet to be determined), minus a $100,000.00 payment previously paid to me. As such, even without factoring the amount of my reasonable pre-petition attorney's fees and costs that are recoverable, which will be substantial, as of March 12, 2019, the amount of the Danziks' debt to me secured by the Mortgage on the Cody Home equaled $1,065,172.09.

6. I do not have and have not been offered adequate protection for my interest in the Cody Home from Debtor.

FURTHER THE AFFIANT SAYETH NAUGHT.

DATED this _____ day of May, 2019.

_____
RICHARD S. ROFÉ

2

STATE OF NEW YORK    )
                     ) ss.
COUNTY OF NASSAU     )

The above and foregoing instrument was acknowledged before me this 9th day of May, 2019, by Richard S. Rofé.

WITNESS my hand and official seal.

_____
Notary Public

My commission expires: May 20, 2024

KEVIN GOODMAN
Notary Public, State of New York
No. 02GO5080672
Qualified in Nassau County
Commission Expires May 20, 2024

3