KEN McCARTNEY, Bar No. 5-1335
The Law Offices of Ken McCartney, P.C.
Post Office Box 1364
Cheyenne, WY 82003
Tel (307) 635-0555
Email: bnkrpcyrep@aol.com

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| In re: ) | |
|     DENNIS MEYER DANZIK, ) | |
| ) | Case No. 19-20116 |
| ) | CHAPTER 7 |
| Debtor. ) | |
| _____ ) | |
| ) | |
| Dennis Meyer Danzik, ) | |
| ) | |
|     Appellant, ) | |
| ) | |
| v. ) | |
| ) | |
| CWT Canada II Limited Partnership and ) | |
| Resource Corporation, ) | |
| ) | |
|     Appellees. ) | |

_____

### MOTION FOR AN ORDER STAYING THE ESTATE PENDING APPEAL OF THE ORDER DISMISSING CHAPTER 7 CASE WITH PREJUDICE

COMES NOW the Respondent/Debtor in the above described Appeal as Appellant and he does move this honorable court for an order staying the disbursement of any collected or collectable estate during the period of the appeal so as to preserve such assets as there may be for disbursement by further appropriate order of this court. Failing which the issues of estate distribution may become moot during the pendency of the appeal.

Be further advised that the Appellant believes no bond necessary for this request and would suggest that available assets be held at interest while the matter is heard. The

Appellant reserves the right to post such a bond as the court may require under the circumstance of the case if the court so directs.

Done this 25th day of June, 2019.

/s/ Ken McCartney                                    Date: June 25th, 2019
Signature of attorney for appellant

Name, address, and telephone number of attorney:

KEN McCARTNEY, Bar No. 5-1335
The Law Offices of Ken McCartney, P.C.
Post Office Box 1364
Cheyenne, WY 82003
Tel (307) 635-0555
Fax; (307) 635-0585
Email: bnkrpcyrep@aol.com

# CERTIFICATE OF SERVICE

Counsel aforenamed did cause a true and correct copy of the foregoing request for a Stay Pending Appeal to be served on the following electronically this 25th day of June 2019.

| Parties: Movant CWT Canada II Limited Partnership and Resource Recovery Corporation | Attorney: Brad Hunsicker Markus Williams & Young, LLC 106 E. Lincolnway, Suite300 Cheyenne, WY 82001 (307) 778-8178 hunksicker@markuswilliams.com |
|---|---|

Attorney: Joshua D. Wurtzel
Schlam Stone & Dolan LLP
26 Broadway
New York, NY 10004
Telephone: (212) 344-5400
Facsimile: (212) 344-7677
jwurtzel@schlamstone.com