KEN McCARTNEY, Bar No. 5-1335
The Law Offices of Ken McCartney, P.C.
Post Office Box 1364
Cheyenne, WY 82003
Tel (307) 635-0555
Email: bnkrpcyrep@aol.com

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF WYOMING

_____

| | |
|---|---|
| In re: ) | |
|    DENNIS MEYER DANZIK, ) | |
| ) | Case No. 19-20116 |
| ) | CHAPTER 7 |
|                 Debtor. ) | |
| _____ ) | |
| ) | |
| Dennis Meyer Danzik, ) | |
| ) | |
|                 Appellant, ) | |
| ) | |
|   v. ) | |
| ) | |
| CWT Canada II Limited Partnership and ) | |
| Resource Corporation, ) | |
| ) | |
|                 Appellees. ) | |

_____

## APPELLANT'S STATEMENT OF THE ISSUES ON APPEAL

COMES NOW the Appellant, Dennis M. Danzik, by counsel, Ken McCartney of The Law Offices of Ken McCartney, P.C. and he states the following as issues on appeal without prejudice as to additional issues raised researching the following:

1. Did the Bankruptcy Court error finding such bad faith or fault as to justify dismissal legally?

2. Did the Bankruptcy court properly apply chapter 7 dismissal law?

3. Did the Bankruptcy Court error finding such bad faith or fault as to legally prejudice refiling for 189 days?

1

Done this 11th day of July, 2019.

    Respectfully submitted
    For the Appellant

    /s/ Ken McCartney
    KEN McCARTNEY, Bar No. 5-1335
    The Law Offices of Ken McCartney, P.C.
    Post Office Box 1364
    Cheyenne, WY 82003
    Tel (307) 635-0555
    Fax; (307) 635-0585
    Email: bnkrpcyrep@aol.com

## Certificate of Service

The forgoing was electronically served this 11th day of July, 2019, to all those who have appeared in the case with electronic noticing which includes multiple counselors for the appellee.

    /s/ Ken McCartney